BRYAN SCHRODER
United States Attorney

KYLE REARDON
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Ave., #9, Rm. 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: kyle.reardon@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:19-cr-00030-SLG-DMS |
| | ) | |
| Plaintiff, | ) | COUNT 1: |
| | ) | SEXUAL EXPLOITATION OF A |
| v. | ) | CHILD – PRODUCTION AND |
| | ) | ATTEMPTED PRODUCTION OF |
| KEON ASPASS, | ) | CHILD PORNOGRAPHY |
| | ) | Vio. 18 U.S.C. §§ 2251(a) and (e) |
| Defendant. | ) | |
| | ) | CRIMINAL FORFEITURE |
| | ) | ALLEGATION |
| | ) | Vio. of 18 U.S.C. § 2253(a) |
| | ) | |

I N D I C T M E N T

The Grand Jury charges that:

//

//

//

//

## COUNT 1

On or about March 9, 2019, in the District of Alaska and elsewhere, the defendant, KEON ASPASS, did employ, use, persuade, induce, entice, and coerce "Juvenile A," a minor, with the intent that such minor engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing that such visual depiction was produced using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of 18 U.S.C. § 2251(a) and (e).

## CRIMINAL FORFEITURE ALLEGATION

Upon conviction of the offense alleged in Count 1 of this Indictment, the defendant, KEON ASPASS, shall forfeit to the United States pursuant to 18 U.S.C. § 2253(a), any and all matter which contains visual depictions produced, transported, mailed, shipped or received in violation thereof; any property, real or personal, constituting or traceable to gross profits or other proceeds the defendant obtained as a result of the said violations; and

//

//

//

//

//

//

Case 3:19-cr-00030-SLG-DMS   Document 2   Filed 03/21/19   Page 2 of 3

any property, real or personal, used or intended to be used to commit and promote the

commission of the violations.

A TRUE BILL.

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON


s/ Kyle Reardon
KYLE REARDON
Assistant U.S. Attorney
United States of America



s/ Bryan Schroder
BRYAN SCHRODER
United States Attorney
United States of America


DATED:    3/20/19